## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07 CIV 5776                                  Purchased/Filed: June 18, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN COUNTY

---

Andy McCants                                                        Plaintiff

against

17 Realty NY LLC, Pinnacle Neiss LLC, and Pinnacle Managing Co. LLC            Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ June 26, 2007 _____ , at  11:45am , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

_____ Summons in a Civil Action & Complaint Bearing the above Index # and Filing Date _____ on

_____ 17 Realty NY LLC _____ , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York,  2  true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of  40.00  dollars; That said service

was made pursuant to Section  303 Limited Liability Company Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age:  38    Approx. Wt:  140    Approx. Ht:  5'6

Color of skin:  White    Hair color:  Blonde   Sex:  Female    Other: _____

Sworn to before me on this

 28th  day of _____ June 2007 _____

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01T14898570, Albany County
Term Expires, June 15, 2007

_____
Jessica Miller

Invoice•Work Order # 0612583

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/26/07 |
| NAME OF SERVER (PRINT) Jessica Miller | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
Served the Defendant, 17 Realty NY LLC, at the Secretary of State, 41 State st Albany NY 12231

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/28/07      _Jessica Miller_
           Date            Signature of Server

            279 Washington Ave, Albany NY 12206
            Address of Server

Sworn to me
this 28th day of June, 2007

DONNA M. TIDINGS
Notary Public, State Of New York
No. 01TI4898570
Qualified In Albany County
Commission Expires June 15, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.