## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CIV 5776                                                                 Purchased/Filed: June 18, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT                    SOUTHERN COUNTY

---

Andy McCants                                                                                    Plaintiff

against

17 Realty NY LLC, Pinnacle Neiss LLC, and Pinnacle Managing Co. LLC             Defendant

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 26, 2007_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _____Summons in a Civil Action & Complaint Bearing the above Index # and Filing Date_____ on _____Pinnacle Neiss LLC_____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__   Approx. Wt: __140__   Approx. Ht: __5'6__
Color of skin: __White__   Hair color: __Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this

__28th__ day of _____June 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01T14898570, Albany County
Term Expires, June 15, 2007

Jessica Miller

Invoice•Work Order # 0612585

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/26/07 |
| NAME OF SERVER (PRINT) Jessica Miller | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
Served Defendant, Pinnacle Neiss LLC, at Secretary of State, 41 State St, Albany NY 12031.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/28/07
              Date                     Signature of Server

279 Washington Ave, Albany, NY 12206
Address of Server

Sworn to me this
28th day of June, 2007

DONNA M. TIDINGS
Notary Public, State Of New York
No. 01TI4898570
Qualified In Albany County
Commission Expires June 15, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.