# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07 CIV 5776                                    Purchased/Filed: June 18, 2007

STATE OF NEW YORK       UNITED STATES DISTRICT COURT         SOUTHERN COUNTY

---

Andy McCants                                                                Plaintiff

against

17 Realty NY LLC, Pinnacle Neiss LLC, and Pinnacle Managing Co. LLC         Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY     SS.:

Jessica Miller , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on  June 26, 2007 , at  11:45am , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed  Summons in a Civil Action & Complaint Bearing the above Index # and Filing Date  on  Pinnacle Managing Co., LLC , the Defendant in this action, by delivering to and leaving with  Donna Christie , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York,  2  true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of  40.00  dollars; That said service was made pursuant to Section  303 Limited Liability Company Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: 38    Approx. Wt: 140    Approx. Ht: 5'6  
Color of skin: White    Hair color: Blonde    Sex: Female    Other:

Sworn to before me on this

28th  day of  June 2007

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01T14898570, Albany County  
Term Expires, June 15, 2007

Jessica Miller

Invoice·Work Order # 0612586

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6/26/07 |
| NAME OF SERVER *(PRINT)* Jessica Miller | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Served Defendant at Secretary of State, 41 State St., Albany NY 12231 Pinnacle Managing Co., Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/28/07
         Date

Signature of Server: Jessica Miller

Address of Server: 279 Washington Ave, Albany NY 12206

Sworn to me this 28th day of June, 2007

DONNA M. TIDINGS
Notary Public, State Of New York
No. 01TI4898570
Qualified In Albany County
Commission Expires June 15, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.