AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

Andy McCants,

           Plaintiff

v.

17 Realty NY LLC,
Pinnacle Neiss LLC, and
Pinnacle Managing Co. LLC,

          Defendants.

**APPEARANCE**

Case Number: 07-cv-5776

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Andy McCants

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/11/2007 | *[signature]* |
| Date | Signature |
| | Amy M Hong c/o The Legal Aid Society    AH 5683 |
| | Print Name                           Bar Number |
| | 199 Water Street, 3rd Floor |
| | Address |
| | New York     New York     10038 |
| | City              State            Zip Code |
| | (212) 577-3626     (212) 509-8761 |
| | Phone Number                 Fax Number |