UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ANDY MCCANTS,

      Plaintiff,

      -against-

17 REALTY NY LLC, PINNACLE NEISS LLC, and PINNACLE MANAGING CO. LLC

      Defendants.
-------------------------------------------------------- x

07CV5776 (RJH)

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

ECF CASE

ORIGINAL
RECEIVED
AUG - 7 2007
CHAMBERS OF
RICHARD J. HOLWELL

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for Defendants 17 Reality NY LLC, Pinnacle Neiss LLC, Pinnacle Managing Co. LLC (collectively "Defendants"), to appear and answer, move or otherwise respond to the complaint in this action, be and the same hereby is extended to and including the 31st day of August, 2007. The Defendants agree to waive any defense they may have asserting improper service of process or lack of personal jurisdiction. Facsimile signatures herein will be deemed as the original.

Dated: New York, New York
          August 1, 2007

THE LEGAL AID SOCIETY

By: _____
    Amy M. Hong, Of Counsel (AH 5683)

Employment Law Project
199 Waters Street, 3rd Floor
New York, New York 10038
212.577.3626

*Attorney for Plaintiff*

McDERMOTT WILL & EMERY LLP

By: _____
    Joel Cohen (JEC 5312)
    Leslie J. New (LN 4522)

340 Madison Avenue
New York, New York 10173
212.547.5400

*Attorneys for Defendants*

So Ordered: _____
           Honorable Richard J. Holwell, U.S.D.J.
           8/8/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

PAGE 2/2 * RCVD AT 8/1/2007 6:03:10 PM [Eastern Daylight Time] * SVR:RF/2 * DNIS:500 * CSID:212 509 8761 * DURATION (mm-ss):00-42

TOTAL P.02