McDermott
Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/07

Leslie J. New
lnew@mwe.com
212.547.5621

October 3, 2007

RECEIVED
OCT - 4 2007
RICHARD J. HOLWELL

**VIA HAND DELIVERY**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Andy McCants v. 17 Realty NY LLC, *et al*
07 CV 5776

Dear Judge Holwell:

Our firm represents Defendants, 17 Realty NY LLC. *et al*, in the above referenced matter, and we write on behalf of both parties to respectfully request that the conference that is presently scheduled on October 5, 2007 be adjourned.

This request represents the parties' second request for an adjournment of the conference. While the parties are still in the process of memorializing the agreement, it has taken slightly longer than anticipated due in part to the Jewish Holidays and, as a result, our client was largely unavailable for the majority of September. It should be noted that the agreement has been drafted, exchanged and the parties are simply addressing the final details. We respectfully state that a conference is unnecessary because, now that the Jewish Holidays are over, we will finalize the settlement agreement and soon file the Stipulation of Discontinuance.

We appreciate the Court's attention in this regard.

Respectfully submitted,

Leslie J. New

cc: Amy Hong, Esq. (via facsimile)

Conference adjourned to 11/2/07 at 10:00 a.m. Upon receipt of the stipulation of discontinuance, the conference will be removed from the calendar.
SO ORDERED
[illegible]
USDJ
10/[illegible]/07

U.S. practice conducted through McDermott Will & Emery LLP
NYK 1117234-1 054475.0020
340 Madison Avenue New York, New York 10173-1922 Telephone: 212.547.5400 Facsimile: 212.547.5444 www.mwe.com