# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Kimberly Nerenberg Altschuler
Associate
kaltschuler@mwe.com
212.547.5654

October 31, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

**VIA HAND DELIVERY**

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Andy McCants v. 17 Realty NY LLC, *et al*
            07 CV 5776

Dear Judge Holwell:

Our firm represents Defendants, 17 Realty NY LLC. *et al*, in the above referenced matter, and we write on behalf of both parties to respectfully request that the initial conference that is presently scheduled on November 2, 2007 be adjourned. This is the parties' third request for an adjournment of the conference.

As previously indicated, the parties have agreed to settlement terms, which have been reduced to writing, however, we are still finalizing some language in the agreement. This process was protracted due to the fact that Joel Cohen, the lead attorney overseeing this matter and Leslie New, the associate working on this matter, began a jury trial before the Honorable William H. Pauley III, in the matter of Quinby v. WestLB AG - 04 Civ. 7406 (WHP) (HBP) on October 22, 2007. We anticipate finalizing the agreement shortly and filing a stipulation of discontinuance.

Therefore, for the reasons started herein, we request that the conference be adjourned. We appreciate the Court's attention in this regard.

Respectfully submitted,

*[signature]*

Kimberly Altschuler

Conference adjourned to December 07, 2007 at 10:00 a.m.
No further extensions.

cc:    Amy Hong, Esq. (via facsimile)

[Next PTC 12/7/07 @ 10:00am]

SO ORDERED

*[signature]*

USDJ
11/5/07

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue New York, New York 10017-4613  Telephone: 212.547.5400  Facsimile: 212.547.5444  www.mwe.com