UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ANDY MCCANTS, :
      Plaintiff, :
                 :   Index No.: 07CV5776(RJH)
   -against- :
                 :   **STIPULATION OF**
17 REALTY NY LLC, PINNACLE NEISS LLC, and   **DISCONTINUANCE**
PINNACLE MANAGING CO. LLC, :
      Defendants. :
-------------------------------------------------------------- x

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this Action, through the undersigned counsel, that the above-entitled action be and the same hereby is discontinued with prejudice, without costs to either party as against the other. This Stipulation may be filed without notice with the Clerk of the Court.

Dated: November __, 2007
   New York, New York

| **THE LEGAL AID SOCIETY** | **McDERMOTT WILL & EMERY LLP** |
|---|---|
| _[signature]_ | _[signature]_ |
| Amy Hong | Leslie J. New |
| Employment Law Project | 340 Madison Avenue |
| 199 Water Street, 3rd Floor | New York, New York 10173 |
| New York, New York 10038 | (212) 547-5621 |
| (212) 577-3626 | |
| _Attorneys for Plaintiff_ | _Attorneys for Defendants_ |

SO ORDERED: _[signature]_
   Honorable Richard J. Holwell U.S.D.J.
         12/7/07

_The Clerk is requested to close this case_
_[initials] RJH_

NYK 1130646-2.054475.0020

- 6 -